**Steven W. PIRNAT, Appellant
(Defendant Below),**

v.

**STATE of Indiana, Appellee
(Plaintiff Below).**

No. 82S01–9210–CR–837.

Supreme Court of Indiana.

Oct. 16, 1992.

David M. Shaw, Evansville, for appellant.

Linley E. Pearson, Atty. Gen., Sue A. Bradley, Deputy Atty. Gen., Indianapolis, for appellee.

SHEPARD, Chief Justice.

A jury found Steven W. Pirnat guilty of child molesting, a class D felony, Ind.Code Ann. § 35–42–4–3(d) (West 1986). The Court of Appeals affirmed. *Pirnat v. State* (1992), Ind.App., 596 N.E.2d 259.

Pirnat's petition for transfer alleges error in the introduction of certain evidence admitted to show his depraved sexual instinct. We have today in *Lannan v. State*, 600 N.E.2d 1334 (1992), revisited the depraved sexual instinct exception and announced a new rule concerning the admissibility of prior bad acts in sex offense cases. Inasmuch as Pirnat's appeal is currently pending as this new rule is announced, the rule of *Lannan* should be applied to his case. *Daniels v. State* (1990), Ind., 561 N.E.2d 487, 488. *See, also, Griffth v. Kentucky*, 479 U.S. 314, 107 S.Ct. 708, 93

L.Ed.2d 649 (1987); *Teague v. Lane*, 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989).

Therefore we remand to the Court of Appeals for reexamination of Pirnat's appeal in light of our holding today in *Lannan v. State*.

DeBRULER, DICKSON and KRAHULIK, JJ., concur.

GIVAN, J., votes to deny transfer.